```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JACQUELINE DE LA ROSA LAFONTAINE,    :
                                     :
                Petitioner,          :
                                     :
     -against-                       :   No. 15 Civ. 4251 (JFK)
                                     :         ORDER
SCOTT MECHKOWSKI, CHRISTOPHER        :
SHANAHAN, JEH JOHNSON, and LORETTA   :
LYNCH,                               :
                                     :
                Respondents.         :
------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

On February 14, 2020, the United States Court of Appeals for the Second Circuit vacated and remanded the Court's August 17, 2015 Opinion & Order, which granted in part and denied in part Petitioner's habeas corpus petition for immediate release from detention.

Accordingly, counsel for Petitioner and Respondents are directed to appear before the Court for a status conference on Thursday, March 19, 2020 at 11 a.m. in Courtroom 20-C.

**SO ORDERED.**

Dated: New York, New York
       February 20, 2020

                                    _____
                                          John F. Keenan
                                    United States District Judge